# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-3069

_____

ANTHONY KEITH WHITE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


October 3, 2019


PER CURIAM.

The petition for writ of certiorari was not timely filed.  *See* Fla. R. Jud. Admin. 2.514(a)(1)(A); Fla. R. App. P. 9.100(c)(1). Therefore, this proceeding is dismissed for lack of jurisdiction.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Anthony Keith White, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.